**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| RILEY J. KUHN, <br><br> Plaintiff, <br><br> v. <br><br> CREDITFORHOMELOANS.COM, LLC, <br><br> Defendant. | Case No. 4:23-cv-00308-ALM |

**ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Plaintiff, RILEY J. KUHN, by and through the undersigned, having filed with this Court his Motion for Clerk's Entry of Default and the Court having reviewed same, hereby ORDERES:

1. An Entry of Default shall be entered against the Defendant, Creditforhomeloans.com, LLC.