4:45   5G



# -$400.00

## Creditforhomeloans.com

Fri, Apr 1, 2022 • 5:06 PM

| | |
|---|---|
| Account | Credit |
| Category | General Services |
| Description | Creditforhomeloans.Com 888 7997267, TX, US |

4:46 …ıl 5G 5⚡



# -$200.00
## Creditforhomeloans.com

Thu, May 5, 2022 • 10:29 AM

| | |
|---|---|
| Account | Credit |
| Category | General Services |
| Description | Creditforhomeloans.Com 888 7997267, TX, US |

4:46   📶 5G 🔋



# -$200.00
## Credit For Home Loans

Thu, May 5, 2022 • 9:33 AM

| | |
|---|---|
| Account | Credit |
| Category | General Services |
| Description | Credit For Home Loans 888 799 7267, TX, US |

4:46  5G



# -$400.00

## Creditforhomeloans.com

Mon, Jun 6, 2022 • 10:41 AM

| | |
|---|---|
| Account | Credit |
| Category | General Services |
| Description | Creditforhomeloans.Com 888 7997267, TX, US |