UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| RILEY J. KUHN, | |
|---|---|
| Plaintiff, | Case No. 4:23-cv-00308- ALM |
| v. | Hon. Judge Amos L. Mazzant |
| CREDITFORHOMELOANS.COM, LLC, | |
| Defendant. | |

**ATTORNEY FEES AND COSTS**

**Attorney Fees:**

| Date | Description | Attorney/Staff | Rate | Time | Amount |
|---|---|---|---|---|---|
| 12/19/2022 | Reviewed of documents verify potential causes of action, researched proper Defendant, verified facts to determine if all elements of CROA and MCSOA are present | Attorney | $375.00 | 2.5 | $937.50 |
| 12/19/2022 | Drafted Complaint | Attorney | $375.00 | 1.3 | $487.50 |
| 12/19/2022 | Filed Case with the American Arbitration Association | Paralegal | $125.00 | 0.5 | $62.50 |
| 4/10/2023 | Reworked Complaint so it can be filed in federal Court | Paralegal | $125.00 | 0.5 | $62.50 |
| 4/10/2023 | Filed Complaint and summons issued | Paralegal | $125.00 | 0.6 | $75.00 |
| 4/19/2023 | Filed executed summons | Paralegal | $125.00 | 0.2 | $25.00 |
| 5/10/2023 | Draft Motion for Entry of Default Judgment | Attorney | $375.00 | 0.6 | $225.00 |

| 5/10/2023 | Filed Motion for Entry of Default Judgment and sent to Defendant via mail | Paralegal | $125.00 | 0.5 | $62.50 |
|---|---|---|---|---|---|
| 5/23/2023 | Drafted Motion for Default Judgment | Attorney | $375.00 | 2.5 | $937.50 |
| | | | | | $2,875.00 |

**Costs:**
| | |
|---|---|
| Filing Fee | $  402.00 |
| Service(R.O.S. Consulting, Inc.) | $  130.00 |
| Mailing Cost | $    19.30 |
| **Total Costs:** | **$  551.30** |

**Grand Total**
| | |
|---|---|
| Attorney Fees | $ 2,875.00 |
| Costs | $ 551.30 |
| **Total** | **$ 3,426.30** |