UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RILEY J. KUHN,<br><br>　　Plaintiff,<br><br>v.<br><br>CREDITFORHOMELOANS.COM, LLC,<br><br>　　Defendant. | Case No. 4:23-cv-00308-ALM<br><br>Hon. Judge Amos L. Mazzant |

### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST THE CREDITFORHOMELOANS.COM, LLC ON A SUM CERTAIN

I, Nathan C. Volheim, being duly sworn, state as follows:

1. I am the attorney for Plaintiff in the above-entitled action and as such, I am familiar with the billing, records, events, and pleadings in this matter.

2. On April 17, 2023, the process server served the Defendant by serving the Summons and Complaint at its principal place of business located at 850 Central Parkway E, Suite 200, Plano, Texas 75074. [Dkt. No. 4].

3. A responsive pleading to the Complaint was due on May 8, 2023. No response was tendered within the time allowed by law nor has the Defendant sought additional time within which to respond.

4. As required by the Service Members Civil Relief Act of 2003, I have confirmed that the Defendant is not currently in active military service.

5. To my best information and belief, Defendant is not an infant or an incompetent person.

1

2

6. Plaintiff seeks actual damages as well as reasonable costs and attorney fees of $4,623.30. Billing has been kept by an electronic billing system and is reasonable for an attorney with similar experience.

7. The Plaintiff is requesting the entry of judgment against the Defendant for violating the law. This Honorable Court shall determine the judgement amount.

s/ Nathan C. Volheim  
Nathan C. Volheim  
Counsel for Plaintiff