**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| RILEY J. KUHN,<br><br>    Plaintiff,<br><br>v.<br><br>CREDITFORHOMELOANS.COM, LLC,<br><br>    Defendant. | Case No. 4:23-cv-00308- ALM |

**DEFAULT JUDGMENT ORDER**

1. Judgment by default is entered in favor of Plaintiff RILEY J. KUHN and against Defendant CREDITFORHOMELOANS.COM, LLC, as follows:

       a. Actual Damages                                $ 1,200.00

       b. Attorney fees                                     $ 2,875.00

       c. Costs                                                 $ 551.30

2. Allowing judgement interest to be added per diem.