**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

**RILEY J. KUHN,**

    **Plaintiff**

    **v.**

**CREDITFORHOMELOANS.COM,  LLC,**

    **Defendant.**

**Case No. 4:23-cv-00308-AGD**

**ORDER ON PLAINTIFF'S MOTION TO EXTEND
DEADLINETO FILE DISMISSAL DOCUMENTS**

    Plaintiff, RILEY J. KUHN, by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this court her Motion to Extend Deadline to File Dismissal Documents and the court having reviewed same, it is hereby **ORDERED** that the Motion is **GRANTED** (Dkt. #s 24 & 25) and:

1. The parties shall have until March 16, 2024 to file their dismissal documents; and

2. On or before January 30, 2024, Defendant should file an advisement as to the status of the settlement payment.

**IT IS SO ORDERED.**

**SIGNED this 19th day of January, 2024.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE